UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

      Plaintiff,

v.

Adnan Abdihamid Farah (03),

      Defendant.

**ORDER**
Crim. No. 15-49 (MJD/FLN)

_____

      John Docherty, Andrew Winter and Julie Allyn, Assistant United States Attorneys, Counsel for Plaintiff.

      Kenneth U. Udoibok, Kenneth Ubong Udoibok, P.A., Counsel for Defendant Adnan Farah.

_____

      Defendant Adnan Farah's retained counsel, Kenneth Udoibok, moves for an order appointing him as counsel, *nunc pro tunc*, from October 13, 2015 pursuant to the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A. The government does not oppose the motion.

## I.     BACKGROUND

      On April 21, 2015, Magistrate Judge Thorson found Defendant to be indigent and ordered the appointment of CJA Panel counsel Paul Engh. [Docket No. 11] On September 30, 2015, Udoibok filed a Substitution of Counsel stating

1

that Defendant had retained Udoibok to represent him in this case.  [Docket No. 288]

Defendant's parents negotiated Udoibok's fee and signed the representation agreement and made certain payments under such agreement. Udoibok reports that Defendant's parents can no longer pay his fees.  Udoibok requests that the Court appoint him as a CJA Panel attorney as of October 13, 2015, the date on which his retainer was exhausted, or as of another appropriate date.

## II.    DISCUSSION

District courts have discretion to appoint retained counsel when necessary. See, e.g., United States v. Serhan, No. 14-20685, 2015 WL 4886578, at *3 (E.D. Mich. Aug. 17, 2015) (Hood, J.) (district court appointed retained counsel because the defendant's mother was no longer able to pay his fees, the defendant was indigent, the trial was two months away, and retained counsel was knowledgeable and qualified).

The District of Minnesota's Criminal Justice Act Plan appears to anticipate appointment of retained counsel in that the Plan allows for a judge to appoint an

attorney who is not a member of the CJA Panel in order to maintain "continuity of representation."  D.  Minn.  CJA Plan App'x § A(3)(c).

The Court finds that as Defendant is not financially able or have access to funds to pay Udoibok's attorney's fees, and because Defendant's parents can no longer pay such fees, the interests of justice are served by appointing Udoibok as counsel for Defendant pursuant to the CJA, 18 U.S.C. § 3006A, as of the date of this Order.[1]

IT IS HEREBY ORDERED that the Motion to Appoint Counsel [Doc. No. 444] is GRANTED.  Kenneth U. Udoibok is hereby appointed counsel for Defendant Adnan Farah pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A as of the date of this Order.

Date:  April 14, 2016

s/ Michael J. Davis
Michael J. Davis
United States District Court

---

[1]Defendant does not provide any legal basis for the Court to appoint counsel retroactively.