# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# SENTENCING

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | |
| Adnan Abdihamid Farah (3) | |
| Defendant. | |

**COURT MINUTES - CRIMINAL**

| | |
|---|---|
| Case No: | 15-cr-49 (3) (MJD/FLN) |
| Date: | November 15, 2016 |
| Courthouse: | Minneapolis |
| Courtroom: | 13E |
| Court Reporter: | Staci Heichert |
| Time Commenced: | 1:30 p.m. |
| Time Concluded: | 3:15 p.m. |
| Time in Court: | 1 hour and 45 minutes |

Before Michael J. Davis, United States District Judge.
APPEARANCES:

    For Plaintiff:    John Docherty, Andrew Winter and Julie Allyn, Assistant U.S. Attorneys
    For Defendant:    Kenneth Udoibok, CJA Appointed Attorney

☒ **Sentencing.**
☒ **All documents filed on ECF under seal or restricted shall remain under seal or restricted unless otherwise ordered by the Court.**

**IT IS ORDERED:**
Defendant is sentenced to:

| Count. Nos. | Guilty Plea | BOP | SR |
|---|---|---|---|
| 2s | X | 120 months | 20 years |

    ☒ Special conditions of: **See J&C for special condition.**
    ☒ Defendant sentenced to pay:
    ☒ Special assessment in the amount of $100.00 to be paid.
    ☒ Counts 1s and 7s and 8s are dismissed on motion by the Government.
    ☒ Defendant is remanded to the custody of the USM.
.

Date: November 15, 2016                              s/KW
                                                                 Courtroom Deputy to Judge Michael J. Davis