Prob 12 (Rev. 11/1/2004)

# United States District Court

for the

DISTRICT OF MINNESOTA

**United States v. Adnan Abdihamid Farah**

<u>Docket No. 0864 0</u>:15CR00049-003(MJD)

**Petition on Supervised Release**

COMES NOW **Brian S. James**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Adnan Abdihamid Farah** who was sentenced for Conspiracy to Provide Material Support to a Designated Foreign Terrorist Organization on November 15, 2016, by the Honorable Michael J. Davis, who fixed the period of supervision at 20 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions to include:

- The defendant shall reside for a period of up to 365 days in a residential reentry center as approved by the probation officer and shall observe the rules of that facility, which may include location monitoring with Global Positioning System (GPS) technology. The defendant may be restricted to their residence at all times except for employment; education; religious services; medical; substance abuse; or mental health treatment; court obligations; or discretionary leave activities as approved by the probation officer. The defendant shall not be required to pay the costs of location monitoring.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant is currently compliant with the terms and conditions of his supervised release. It is hoped that a decreased level of restriction would provide the defendant more discretion and an increased level of control in his life, while maintaining a high-level of supervision.

PRAYING THAT THE COURT WILL ORDER that conditions of supervision be modified to include the following:

The remainder of the defendant's term of home detention with location monitoring, utilizing global positioning system (GPS) technology, may be reduced to the following restrictions:

The defendant shall remain at their residence every day during set hours as directed by the probation officer.

The defendant shall not be required to pay the costs of location monitoring.

ORDER OF THE COURT

Considered and ordered this 21st day of August 2024, and ordered filed and made a part of the records in the above case.

s/Michael J. Davis
Honorable Michael J. Davis
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

s/ Brian James
Brian S. James
Senior U.S. Probation Officer
Telephone: 612-664-5364

Executed on     August 20, 2024
Place           Minneapolis

Approved:

s/ *Dawn Arenz*

Dawn Arenz
Supervisory U.S. Probation Officer